JAMES R. PHILLIPS, Respondent, *v.* CHARLES B. ROUSS Appellant.

(Submitted January 14, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 31, 1887, which affirmed a judgment in favor of plaintiff, entered upon an order confirming an award of arbitrators, and affirmed an order denying a motion for a new trial.

*Max Altmeyer* for appellant.

*Newcombe & Cardozo* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.